IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DERIC LAVELLE MAY, | * | |
| (AIS #: 209534) | * | |
|    Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO. 14-00271-KD-B |
| | * | |
| WALTER MYERS, *et al.*, | * | |
|    Defendants. | * | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 16, 2014, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that May's Motion to Proceed Without Prepayment of Fees (Doc. 2) is **DENIED** and this action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g).

**DONE** and **ORDERED** this the **15th** day of **July 2014.**

                                            /s/ Kristi K. DuBose
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**